UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-95-MOC

| | |
|---|---|
| JAMES DALRYMPLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's Consent Motion for Remand to the Commissioner for further administrative proceedings. (Doc. No. 10). The Commissioner wishes to conduct further fact-finding.

The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the motion is **GRANTED**. Under sentence four of 42 U.S.C. § 405(g) remands the case to the Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Furthermore, the Clerk is respectfully instructed to notice Doc. No. 8 (Plaintiff's Brief) as no longer pending.

Signed: September 26, 2023

Max O. Cogburn Jr.
United States District Judge